

■

182 So.2d 906

**George AMERSON**

v.

**STATE of Alabama.**

4 Div. 251.

Supreme Court of Alabama.

Feb. 10, 1966.

W. H. Baldwin, Andalusia, for petitioner.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., opposed.

HARWOOD, Justice.

Petition of George Amerson for certiorari to the Court of Appeals to review and revise the judgment and decision in Amerson v. State of Alabama, 182 So.2d 901.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.

■

188 So.2d 558

**BOARD OF TRUSTEES OF the UNIVERSITY OF ALABAMA, d/b/a University Hospital**

v.

**Rena Bell HARRELL, Admr'x.**

6 Div. 300.

Supreme Court of Alabama.

June 16, 1966.

Steiner, Crum & Baker, Montgomery, and Roy H. Manly, Jr., Birmingham, for petitioner.

Bryan Chancey, Birmingham, opposed.

LIVINGSTON, Chief Justice.

Petition of Board of Trustees of the University of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision in Board of Trustees of University of Alabama v. Harrell, Admrx., 188 So.2d 555.

Petition dismissed.

GOODWYN, MERRILL and HARWOOD, JJ., concur.

■

184 So.2d 380

**Ex Parte John D. CHILDERS.**

6 Div. 308.

Supreme Court of Alabama.

March 17, 1966.

John D. Childers, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of John D. Childers for certiorari to the Court of Appeals to review and revise

the judgment and decision in Ex parte Childers, 184 So.2d 380.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

181 So.2d 624

**Jerry CRUMP**

**v.**

**STATE.**

**I Div. 341.**

Supreme Court of Alabama.

Jan. 6, 1966.

Jerry Crump, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

HARWOOD, Justice.

Petition of Jerry Crump for certiorari to the Court of Appeals to review and re-vise the judgment and decision in Crump v. State, 181 So.2d 620.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.

188 So.2d 285

**Pride DAWSON**

**v.**

**STATE.**

**8 Div. 236.**

Supreme Court of Alabama.

June 16, 1966.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for petitioner.

Robt. Straub, Decatur, opposed.

LIVINGSTON, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Dawson v. State, 188 So.2d 283.

Writ denied.

GOODWYN, MERRILL and HARWOOD, JJ., concur.